| AO 10 Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  O'Toole, George A. | 2. Court or Organization  U.S. District Court | 3. Date of Report  05/12/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address  John Joseph Moakley United States Courthouse 1 Courthouse Way, Suite 4-730 Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Enterprise Bank, Lowell MA (director's fees) |
| 2. 2010 | Raytheon Company (employment) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | February 25-26, 2010 | New York, New York | Employment Discrimintation Seminar | Transportation, lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3M Company common | A | Dividend | J | T | | | | | See note 2 in Part VIII. |
| 2. Same | A | Dividend | J | T | Buy | 12/23/10 | J | | |
| 3. Same | A | Dividend | J | T | Buy | 04/07/10 | J | | |
| 4. Absolute Strategies Fund | A | Dividend | J | T | | | | | |
| 5. Same | A | Dividend | J | T | Buy | 07/01/10 | J | | |
| 6. Same | A | Dividend | J | T | | | | | |
| 7. Allianz NFJ Intl Valaue Fund | A | Dividend | K | T | Buy | 12/23/10 | J | | |
| 8. Same | A | Dividend | J | T | Buy | 12/23/10 | J | | |
| 9. Same | A | Dividend | J | T | Buy | 12/27/10 | J | | |
| 10. Apache Corp. common | A | Dividend | J | T | | | | | |
| 11. Same | A | Dividend | J | T | | | | | |
| 12. Same | A | Dividend | J | T | Sold (part) | 07/01/10 | J | A | |
| 13. Apple common | | None | J | T | Buy | 12/27/10 | J | | |
| 14. Artio Intl Equity | | None | | | Sold | 04/07/10 | J | | |
| 15. Bank of America deposit accounts | A | Interest | K | T | | | | | |
| 16. BHP Billiton ADR | A | Dividend | J | T | | | | | |
| 17. Same | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Same | A | Dividend | J | T | Buy | 04/07/10 | J | | |
| 19. BMC Software common | | None | J | T | | | | | |
| 20. BP PLC | | None | | | Buy | 04/07/10 | J | | |
| 21. | | | | | Sold | 06/02/10 | J | | |
| 22. CF Industries common | A | Dividend | J | T | Spinoff (from line 134) | 04/05/10 | J | | See note 3 in Part VIII. |
| 23. Cisco Systems common | | None | | | Sold | 12/27/10 | J | | |
| 24. CVS Caremark common | A | Dividend | J | T | Sold (part) | 07/01/10 | J | A | |
| 25. Same | A | Dividend | | | Sold (part) | 07/01/10 | J | B | |
| 26. | | | | | Sold | 12/23/10 | J | B | |
| 27. Same | A | Dividend | J | T | Sold (part) | 04/07/10 | J | C | |
| 28. | | | | | Sold (part) | 07/01/10 | J | B | |
| 29. Dentsply Int common | A | Dividend | J | T | | | | | |
| 30. Diageo ADR | A | Dividend | J | T | | | | | |
| 31. Dreyfus Instl. Cash Adv Fund | A | Interest | L | T | | | | | |
| 32. Same | A | Interest | K | T | | | | | |
| 33. Same | A | Interest | J | T | Sold (part) | 04/07/10 | J | C | |
| 34. Enterprise Bank & Trust Co. common | B | Dividend | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Same | B | Dividend | L | T | | | | | |
| 36. EQT Corp. common | A | Dividend | J | T | Sold (part) | 07/01/10 | J | B | |
| 37. Equity Residential SBI | A | Dividend | J | T | | | | | |
| 38. Same | A | Dividend | J | T | | | | | |
| 39. Same | A | Dividend | J | T | | | | | |
| 40. Exelon Corp. common | A | Dividend | J | T | | | | | |
| 41. Same | A | Dividend | J | T | | | | | |
| 42. Expeditors Int'l of Washington common | A | Dividend | J | T | | | | | |
| 43. Exxon Mobile common | A | Dividend | J | T | | | | | |
| 44. Fidelity Inst Money Market fund | A | Interest | J | T | | | | | |
| 45. Same | A | Interest | J | T | | | | | |
| 46. Franklin Int'l Small Cap Growth Fund | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 47. Same | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 48. Same | A | Dividend | J | T | Buy | 04/07/10 | J | | |
| 49. Frontegra Netols Small Cap Value Fund | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 50. Same | A | Dividend | J | T | Buy | 04/07/10 | J | | |
| 51. General Dynamics common | A | Dividend | J | T | Buy | 04/07/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hussman Strategic Growth Fund | A | Dividend | | | Sold | 12/16/10 | J | | |
| 53. Same | A | Dividend | | | Sold | 12/16/10 | J | | |
| 54. Illinois Tool Works common | A | Dividend | J | T | Buy | 04/07/10 | J | | |
| 55. IBM common | A | Dividend | J | T | | | | | |
| 56. Same | A | Dividend | J | T | Sold (part) | 07/01/10 | J | A | |
| 57. iShares Barclays 7-10 yr Treas Bond Fund | A | Dividend | | | Buy | 07/01/10 | K | | See note 4 in Part VIII. |
| 58. | | | | | Sold | 10/08/10 | K | B | |
| 59. Same | A | Dividend | | | Sold | 03/04/10 | J | A | |
| 60. | | | | | Buy | 07/01/10 | K | | |
| 61. | | | | | Sold | 10/08/10 | K | A | |
| 62. Same | A | Dividend | | | Buy | 07/01/10 | J | | |
| 63. | | | | | Sold | 10/08/10 | J | A | |
| 64. iShares Barclays 1-3 yr Treas Bond Fund | A | Dividend | | | Sold | 07/01/10 | K | A | |
| 65. Same | A | Dividend | L | T | Buy | 04/07/10 | L | | |
| 66. iShares Barclays 1-3 yr Credit Bond Fund | A | Dividend | J | T | | | | | |
| 67. Same | A | Dividend | K | T | | | | | |
| 68. iShares Nasdaq Biotech Fund | A | Dividend | J | T | Sold (part) | 07/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Same | A | Dividend | J | T | | | | | |
| 70. iShares Russell 2000 Value Index Fund | A | Dividend | | | Sold | 04/07/10 | K | C | |
| 71. iShares Barclays TIPS Fund | A | Dividend | | | Sold (part) | 03/04/10 | J | A | |
| 72. | | | | | Sold (part) | 03/05/10 | J | A | |
| 73. | | | | | Sold | 03/08/10 | J | A | |
| 74. Same | A | Dividend | | | Sold (part) | 03/04/10 | J | A | |
| 75. | | | | | Sold (part) | 03/05/10 | J | A | |
| 76. | | | | | Sold | 03/08/10 | J | A | |
| 77. Johnson & Johnson common | A | Dividend | J | T | | | | | |
| 78. Same | A | Dividend | | | Sold | 12/23/10 | J | B | |
| 79. Same | A | Dividend | | | Sold (part) | 04/07/10 | J | C | |
| 80. | | | | | Sold (part) | 07/01/10 | J | A | |
| 81. | | | | | Sold | 12/27/10 | J | B | |
| 82. JP MOrgan Research Mkt. Neutral fund | | None | J | T | Buy | 12/27/10 | J | | |
| 83. Manulife Financial common | A | Dividend | K | T | | | | | |
| 84. Matthews Asian Growth fund | | None | J | T | Buy | 12/27/10 | J | | |
| 85. Matthews Pacific Tiger fund | | None | J | T | Buy | 12/23/10 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,001 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Same | | None | J | T | Buy | 12/23/10 | J | | |
| 87. MA St. Water Poll Abatement, 4.2%, due 8/1/2010 | B | Interest | | | Matured | 08/02/10 | K | | |
| 88. Merger Fund | A | Dividend | J | T | Buy | 12/23/10 | J | | |
| 89. Same | A | Dividend | J | T | Buy | 12/23/10 | J | | |
| 90. Same | A | Dividend | J | T | Buy | 12/27/10 | J | | |
| 91. Mettler-Toledo Intl. common | | None | J | T | | | | | |
| 92. Microsoft common | A | Dividend | J | T | | | | | |
| 93. Same | A | Dividend | J | T | | | | | |
| 94. Novartis AG spnsrd ADR | | None | J | T | Buy | 12/23/10 | J | | |
| 95. Same | A | Dividend | J | T | | | | | |
| 96. Oakmark Intl Fund Cl I | A | Dividend | | | Sold | 12/27/10 | J | | |
| 97. Occidental Petroleum | A | Dividend | J | T | Buy | 04/07/10 | J | | |
| 98. Peabody Energy Corp. (See note 5 in Part VIII.) | | | | | | | | | |
| 99. Same | A | Dividend | | | Sold | 04/07/10 | J | A | |
| 100. Pepsico common | A | Dividend | J | T | Sold (part) | 07/01/10 | J | A | |
| 101. PIMCO 1-5 yr US TIPS index fund | A | Dividend | J | T | Buy | 03/05/10 | J | | |
| 102. Same | A | Dividend | J | T | Buy | 03/08/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Same | | None | J | T | Buy | 12/27/10 | J | | |
| 104. Praxair, Inc. common | A | Dividend | J | T | Sold (part) | 07/01/10 | J | C | |
| 105. Same | A | Dividend | J | T | | | | | |
| 106. Procter & Gamble common | A | Dividend | J | T | Sold (part) | 07/01/10 | J | C | |
| 107. Same | A | Dividend | J | T | Sold (part) | 04/07/10 | K | D | |
| 108. | | | | | Sold (part) | 07/01/10 | J | A | |
| 109. Raytheon common | D | Dividend | L | T | | | | | |
| 110. Raytheon options | | None | K | T | | | | | |
| 111. Raytheon Savings and Investment Plan | C | Int./Div. | N | T | | | | | |
| 112. -Raytheon Stock Fund | | | | | | | | | |
| 113. -Real Estate Securities Fund | | | | | | | | | |
| 114. -BGI US Debt Index Fund | | | | | | | | | |
| 115. -PIMCO Total Return Inst | | | | | | | | | |
| 116. --Fidelity Inst Money Mkt | | | | | | | | | |
| 117. Regency Centers | A | Dividend | J | T | | | | | |
| 118. Royal Dutch Shell plc spnsrd ADR | A | Dividend | J | T | | | | | |
| 119. Sempra Energy common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Same | A | Dividend | J | T | | | | | |
| 121. Same | A | Dividend | J | T | | | | | |
| 122. SPDR Gold Trust | | None | J | T | Buy | 03/04/10 | J | | |
| 123. Same | | None | J | T | Buy | 03/04/10 | J | | |
| 124. State Street Corp. common | A | Dividend | | | Sold | 04/07/10 | J | C | |
| 125. Stericycle,Inc. common | | None | J | T | Sold (part) | 07/01/10 | J | C | |
| 126. Same | | None | J | T | Sold (part) | 07/01/10 | J | C | |
| 127. Same | | None | J | T | Sold (part) | 07/01/10 | J | A | |
| 128. Suncor Energy (New) common | A | Dividend | | | Sold | 04/14/10 | J | | |
| 129. Templeton Global Bond Fund | A | Dividend | K | T | Buy (add'l) | 12/23/10 | J | | |
| 130. Same | A | Dividend | K | T | Buy (add'l) | 04/07/10 | J | | |
| 131. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 132. Same | A | Dividend | K | T | Buy (add'l) | 04/07/10 | J | | |
| 133. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 134. Terra Industries common | A | Dividend | | | | 04/05/10 | J | C | See note 3 in Part VIII. |
| 135. Teva Pharmaceuticals ADR | A | Dividend | J | T | | | | | |
| 136. Same | A | Dividend | J | T | Sold (part) | 07/01/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Thermo Fisher common | | None | J | T | | | | | |
| 138. Same | | None | J | T | | | | | |
| 139. Thomas White Intl Fund | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 140. Same | A | Dividend | J | T | Buy | 04/07/10 | J | | |
| 141. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 142. Thornburg Intl Value Fund | A | Dividend | K | T | Buy (add'l) | 12/23/10 | J | | |
| 143. Same | A | Dividend | J | T | | | | | |
| 144. Same | A | Dividend | J | T | Buy | 04/07/10 | J | | |
| 145. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 146. Tortoise Energy Infrastructure Corp. | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 147. Same | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 148. Same | A | Dividend | J | T | Buy | 04/07/10 | J | | |
| 149. Vanguard Emerging Mkts. Index Fund | | None | J | T | Buy | 12/23/10 | J | | |
| 150. Same | | None | J | T | Buy | 12/23/10 | J | | |
| 151. Same | | None | J | T | Buy | 12/27/10 | J | | |
| 152. Vanguard GNMA Fund | A | Dividend | J | T | Sold (part) | 03/04/10 | J | A | |
| 153. Same | A | Dividend | J | T | Buy (add'l) | 12/27/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Vanguard High Yield Corp. Bond Fund | A | Dividend | | | Sold | 04/19/10 | K | B | |
| 155. Same | A | Dividend | | | Sold | 04/19/10 | J | B | |
| 156. Same | A | Dividend | | | Sold | 04/19/10 | J | B | |
| 157. Vanguard Ltd Term Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 158. Vanguard Short-Term Inv Grade Fund | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 159. Same | A | Dividend | K | T | Buy | 03/04/10 | J | | |
| 160. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 161. Same | A | Dividend | J | T | | | | | |
| 162. Verizon Communications common | A | Dividend | J | T | | | | | |
| 163. Same | A | Dividend | J | T | | | | | |
| 164. Wal-Mart common | | None | J | T | Buy | 12/23/10 | J | | |
| 165. Walthausen Small Cap Value | | None | J | T | Buy | 03/04/10 | J | | |
| 166. Same | | None | J | T | Buy | 04/07/10 | J | | |
| 167. Wells Fargo common | A | Dividend | | | Sold | 07/01/10 | J | A | |
| 168. Same | A | Dividend | | | Sold | 07/01/10 | J | A | |
| 169. Wisdomtree Intl Small Cap Fund | A | Dividend | | | Sold | 07/01/10 | J | | |
| 170. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The trust identified in Part I is a ▨▨ trust. All the assets are reported individually in Part VII but are not specifically identified in that Part to the trust.

2. General comment regarding reporting in Part VII: As in past years, most of the assets reported are held in three separate accounts managed by an investment adviser. For convenience in tracking year-to-year changes, the assets are reported by reference to the separate accounts, resulting in some cases (as in lines 1-3, for example) in multiple reports for the same identified asset. The designation "Same" is used to indicate a separate account. If there were multiple transactions within the same account during the year, the designation "Same" is used for the first, but not subsequent transactions within that account. See, for example, the entries for CVS Caremark at lines 24-28.

3. CF Industries (Part VII, line 22) acquired the stock of Terra Industries (Part VII, line 134) and Terra was merged into CF Industries. Shareholders of Terra received cash and CF Industries stock. I have used the term "spinoff" as the most applicable term available for selection in the drop-down menu.

4. Each of the three investment accounts held the asset iShares Barclays 7-10 year Treasury Bond Fund (Part VII, lines 57-63) at some point during the year. In each of the first and third accounts, the asset was bought and sold within the year. In the second account, the asset was owned in the prior year and that holding was sold in March. That same account thereafter acquired and disposed of the asset within the year, similar to the other two accounts. Accordingly, while there were several transactions during the year, the net effect was that none of the accounts held the asset at year end.

5. Last year's report stated that the Peabody Energy (Part VII, lines 98-99 in this year's report) asset held in one investment account had only been sold in part (2009 Report, Part VII, line 77). That was an error. All the Peabody Energy held in the indicated account was sold on 12/21/2009 at a price J with a gain A.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George A. O'Toole**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544